IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD E. GERBIG,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

10-cv-747-bbc

LIBRARY MANAGER, Grainger Hall,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed in forma pauperis and dismissing this case for lack of an arguable basis for a claim in fact or law.


_____       _12/2/10_____
Peter Oppeneer, Clerk of Court       Date